**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (BLS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATION STATUS REPORT** |
| Plaintiff, | Adv. Proc. No.: 19-50973 (BLS) |
| v. | |
| David Keledijian, | |
| Defendants. | |

        In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

        __X__      Mediation sessions are scheduled to occur on February 12, 2021.

        _____      A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

        _____      OTHER:

Dated: January 14, 2021          _/s/ Ian Connor Bifferato_
                                 Ian Connor Bifferato (DE #3273)
                                 The Bifferato Firm P.A.
                                 1007 N. Orange Street, 4th Floor
                                 Wilmington, DE  19801